IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

TALBOT 2002 UNDERWRITING
CAPITAL LTD, et al.,

      Plaintiffs,

v.           CIVIL ACTION NO. 5:15-cv-12542

OLD WHITE CHARITIES, INC.,

      Defendant.

**JUDGMENT ORDER**

In accordance with the *Memorandum Opinion and Order* (Document 246) entered on January 6, 2017, the Court **ORDERS** that judgment be entered accordingly and that this matter be **DISMISSED** and **STRICKEN** from the docket. The Court further **ORDERS** that any pending motions be **TERMINATED AS MOOT.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

      ENTER:  January 10, 2017

      IRENE C. BERGER
      UNITED STATES DISTRICT JUDGE
      SOUTHERN DISTRICT OF WEST VIRGINIA