FILED: December 20, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1180
(5:15-cv-12542)
_____

ALL RISKS, LTD, a Maryland corporation; HCC SPECIALTY
UNDERWRITERS, INC., a Massachusetts corporation; UNDERWRITERS AT
LLOYD'S LONDON, a foreign corporation

       Third Party Defendants - Appellees

and

TALBOT 2002 UNDERWRITING CAPITAL LTD.; WHITE MOUNTAINS RE
SIRIUS CAPITAL LTD; MARKEL CAPITAL LIMITED

       Plaintiffs - Appellees

v.

OLD WHITE CHARITIES, INC.

       Defendant - Appellant


BANKERS INSURANCE, LLC

       Intervenor/Defendant

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK