FILED: January 11, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1180
(5:15-cv-12542)

_____

ALL RISKS, LTD, a Maryland corporation; HCC SPECIALTY UNDERWRITERS, INC., a Massachusetts corporation; UNDERWRITERS AT LLOYD'S LONDON, a foreign corporation

      Third Party Defendants - Appellees

and

TALBOT 2002 UNDERWRITING CAPITAL LTD.; WHITE MOUNTAINS RE SIRIUS CAPITAL LTD; MARKEL CAPITAL LIMITED

      Plaintiffs - Appellees

v.

OLD WHITE CHARITIES, INC.

      Defendant - Appellant


BANKERS INSURANCE, LLC

      Intervenor/Defendant

_____

MANDATE

_____

The judgment of this court, entered December 20, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

<u>*/s/Patricia S. Connor, Clerk*</u>